**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-21289-CIV-SMITH/LOUIS**

TAMIAMI CONDOMINIUM WAREHOUSE
PLAZA ASSOCIATION, INC.,

      Plaintiff,
vs.

MARKEL AMERICAN INSURANCE
COMPANY,

      Defendant.
      _____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATIONS

This matter is before the Court upon the Report and Recommendations [DE 168], Objections to the Report and Recommendation [DE 170] filed by Plaintiff, Tamiami Condominium Warehouse Plaza Association, Inc., and the Response to Objections to Report and Recommendation [DE 171] filed by Defendant, Markel American Insurance Company. In the Report, Magistrate Judge Louis recommends that Defendant's Motion for Award of Attorney's Fees and Non-Taxable Costs [DE 150] be granted in part**,** and that Defendant be awarded a total of $68,580.60 in attorneys' fees. The Report also recommends that Defendant's Motion for Bill of Costs [DE 159] be granted in part, and that Defendant be awarded a total of $10,792.13 in costs. For the reasons stated herein, the Report is **AFFIRMED AND ADOPTED.**

On September 25, 2020, Plaintiff filed its Objections. Plaintiff's Objections are not actually objections to any of the Magistrate Judge's findings or conclusions. Instead, Plaintiff incorporated by reference a newly filed Verified Motion for Entry of Order Disallowing Fees Award Notwithstanding Entitlement Recommendation, and Request for Evidentiary Hearing [DE 169], in which Plaintiff attempts to re-argue arguments previously raised before Magistrate Judge

Louis.[1]  In response, Defendant argues that by failing to raise any specific objections to the Report, Plaintiff has waived the right to a *de novo* review of the Report and the Court should review the Report for clear error.  (Resp. at 1-2.)

The Court may "accept, reject, modify, in whole or in part, the findings or recommendation made by the magistrate judge."  28 U.S.C. § 636(b).  If no specific objections to findings of facts are filed, the district court is not required to conduct a *de novo* review of those findings.  *Gayle v. Meade*, Case No. 20-21553-Civ-Cooke/Goodman, 2020 WL 2086482, at *1 (S.D. Fla. Apr. 30, 2020).  However, the Court must review legal conclusions *de novo*.  *Id.*

Objections to a report and recommendation are to oppose specifically identified portions of the proposed findings, recommendations or report, to specify the basis for such opposition, and to provide supporting legal authority.  *See* S.D. Fla. Mag. R. 4(b); *Objection, Black's Law Dictionary* (11th ed. 2019) (defining "objection" as "[a] formal statement opposing something that has occurred, or is about to occur").  Plaintiff has not specifically opposed any portion of the Report.  Instead, Plaintiff filed an entirely new motion, which is not an objection and, thus, the Court, in its discretion, will not consider it.  *See, e.g., Stevenson v. Orlando's Auto Specialists, Inc.*, Case No. 6:07-cv-500-Orl-19GJK, 2008 WL 11435664, at *2-3 (M.D. Fla. Sept. 15, 2008) ( declining to consider document filed by defendant and finding same not to be an objection to the magistrate's report and recommendation).

Having reviewed the Magistrate Judge's legal conclusions *de novo*, the Court finds no error in the Magistrate Judge's analysis or conclusion.  Accordingly, it is

---

[1] The Court also notes that in its Response to Defendant's Motion for Attorney's Fees and Costs [DE 164], Plaintiff provided the Court with preliminary responses and objections to Defendant's requested fees and costs.  To the extent Plaintiff choose not to raise any arguments for Magistrate Judge Louis' consideration, Plaintiff has waived these arguments and cannot seek a second bite at the apple now by filing an entirely new motion.

**ORDERED** that**:**

1. The Report and Recommendations [DE 168] is **AFFIRMED AND ADOPTED**:

    a. The Motion for Award of Attorney's Fees and Non-Taxable Costs [DE 150] filed by Defendant Markel American Insurance Company is **GRANTED IN PART**. Defendant shall be awarded a total of $68,580.60 in attorneys' fees;

    b. The Motion for Bill of Costs [DE 159] filed by Defendant Markel American Insurance Company is **GRANTED IN PART**. Defendant shall be awarded a total of $10,792.13 in costs; and

    c. The Objections to the Report and Recommendation [DE 170] filed by Plaintiff, Tamiami Condominium Warehouse Plaza Association, Inc., are **OVERRULED**.

2. Plaintiff's Verified Motion for Entry of Order Disallowing Fees Award Notwithstanding Entitlement Recommendation, and Request for Evidentiary Hearing [DE 169] is **DENIED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 6th day of November, 2020

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record